The Court has heard nothing from Plaintiff.
Accordingly, this action is dismissed without prejudice.
The Clerk shall close the case.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SO ORDERED.

9/16/21

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.

-------------------------------------------------------------------x

JACOB FRYDMAN,

                     Plaintiff,

   - against -

ENDURANCE AMERICA INSURANCE CO.,

                     Defendant.

-------------------------------------------------------------------x

20-CV-10390 (CS)

**ORDER**

Seibel, J.

     Plaintiff commenced this action by filing a Complaint on December 9, 2020, (Doc. 1). More than ninety days have elapsed since this action was commenced, and Plaintiff has failed to request a summons or file an affidavit of service with the Court attesting to service of the Summons and Complaint on Defendant.

     Accordingly, this action will be dismissed without prejudice unless Plaintiff, within thirty days from the date of this Order – that is, September 8, 2021 – (1) files proof of service with the Clerk of the Court, or (2) shows cause in writing why a further extension of the time limit for service is warranted.  *See* Fed. R. Civ. P. 4(m).

**SO ORDERED.**

Dated:  August 9, 2021
       White Plains, New York

                                      *Cathy Seibel*

                           CATHY SEIBEL, U.S.D.J.